# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSICA N. GILMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25-03012-CV-S-BP |
| | ) | |
| NEXSTAR MEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

 **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the order entered on January 2, 2026, Defendant's Motion for Summary Judgment, (Doc. 40), is **GRANTED**.

Dated: January 2, 2026                       /s/ Paige Wymore-Wynn
                                                                        Clerk of the Court

Entered: January 2, 2026                   /s/ Karri Sandusky
                                                                           Deputy Clerk